AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America )<br>v. )<br>QUINTON PARKER )<br> )<br>Date of Original Judgment: 06/20/1995 )<br>Date of Previous Amended Judgment: 01/03/2012 )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:94-CR-17-013<br>USM No: 63161-061<br><br>Gordon G. Hobson, Esq.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __235__ months is reduced to __188__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __01/03/2012__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __02/02/2015__

*Judge's signature*

Effective Date: __11/01/2015__
*(if different from order date)*

Sandra S. Beckwith, Senior Judge
*Printed name and title*